## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | 7:18-MJ-924 |
| VS. | § | |
| | § | |
| ALICIA LERMA | § | |

## NOTICE OF INTENT TO PLEAD GUILTY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant ALICIA LERMA, through  her attorney of record, MAURO

BARREIRO and hereby gives notice of her intent to plea guilty to the indictment in this cause.


Respectfully Submitted,
LAW OFFICE OF MAURO BARREIRO
3603 W. Alberta Rd.
Edinburg, Texas
Tele:   (956)682-2431
 Fax:   (956)682-2432


   /s/      Mauro Barreiro
MAURO BARREIRO
Federal I.D. No. 9793

## <u>CERTIFICATE OF SERVICE</u>

I, MAURO BARREIRO, hereby certify that a true and correct copy of the foregoing

document has been forwarded to the following:

U.S. ATTORNEY'S OFFICE

on this <u>May 8, 2018</u>.

                                    /s/      Mauro Barreiro
                                   MAURO BARREIRO